# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NEA VIZCARRA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAELS STORES, INC.,<br><br>　　　　Defendant. | Case No.  23-cv-00468-BLF<br><br>**ORDER TERMINATING MOTION TO DISMISS AS MOOT; AND VACATING HEARING**<br><br>[Re: ECF No. 21] |

　　　The Motion to Dismiss filed by Defendant Michaels Stores, Inc., and set for hearing on August 24, 2023, is hereby TERMINATED AS MOOT in light of the filing of the first amended complaint.  *See* Fed. R. Civ. P. 15(a)(1)(B).  The hearing is VACATED.

　　　**IT IS SO ORDERED.**

Dated: May 4, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge