| | |
|---|---|
| JONAS B. JACOBSEN (Cal. Bar No. 269912)<br>jonas@dovel.com<br>SIMON FRANZINI (Cal. Bar No. 287631)<br>simon@dovel.com<br>GRACE BENNETT (Cal. Bar No. 345948)<br>grace@dovel.com<br>DOVEL & LUNER, LLP<br>201 Santa Monica Blvd., Suite 600<br>Santa Monica, California 90401<br>Telephone: (310) 656-7066<br>Facsimile: (310) 656-7069<br><br>*Attorneys for Plaintiff* | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>P. CRAIG CARDON, Cal. Bar No. 168646<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone:   415.434.9100<br>Facsimile:   415.434.3947<br>Email:   ccardon@sheppardmullin.com<br><br>BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531<br>CHLOE G. CHUNG, Cal. Bar No. 341398<br>TYLER E. BAKER, Cal. Bar No. 349367<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, California 90067-6055<br>Telephone:   310.228.3700<br>Facsimile:   310.228.3701<br>Email:   baigboboh@sheppardmullin.com<br>         cchung@sheppardmullin.com<br>         tbaker@sheppardmullin.com<br><br>*Attorneys for Defendant* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| NEA VIZCARRA, individually and on behalf of all others similar situated,<br><br>            *Plaintiff*,<br><br>    v.<br><br>MICHAELS STORES, INC.,<br><br>            *Defendant*. | Case No. 5:23-cv-468-PCP<br><br>*Assigned to the Hon. P. Casey Pitts*<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND CASE SCHEDULE**<br><br>Complaint Filed: February 1, 2023<br>4AC Filed:       March 15, 2024<br>Trial Date:      None Set |

Pursuant to Local Rule 7-12, Plaintiffs Nea Vizcarra ("Plaintiff") and Defendant Michaels Stores, Inc. ("Defendant"), by and through their respective counsel, stipulate as follows:

1. WHEREAS, on November 9, 2023, the Court issued a Case Management Order setting forth the case deadlines through class certification (Dkt. 43);

2. WHEREAS, on April 29, 2024, the Parties filed a Stipulation to Amend Case Schedule regarding Class Certification and Discovery Deadlines (Dkt. 72);

3. WHEREAS, on April 30, 2024, the Court granted the Parties' stipulation;

4. WHEREAS, on June 5, 2024, the Parties filed a Stipulation and Proposed Order to Amend Case Schedule regarding Class Certification and Discovery Deadlines (Dkt. 77);

5. WHEREAS, on June 5, 2024, the Court granted the Parties' stipulation (Dkt. 78);

6. WHEREAS, on November 15, 2024, Plaintiff filed her Motion for Class Certification (Dkt. 83);

7. WHEREAS, the parties have conferred regarding the scheduling of depositions of Plaintiff's experts for class certification, and Defendant took the depositions of such experts on January 8 and January 17, 2025;

8. WHEREAS, Defendant's deadline to file its Opposition to Plaintiff's Class Certification is February 17, 2025;

9. WHEREAS, in the past two weeks the city of Los Angeles has faced unprecedented devastation and disruption from the wildfires disaster;

10. WHEREAS, due to the ongoing wildfires disaster, counsel for the parties have been required to deal with professional and personal disruptions and unexpected obligations, including office evacuations, the housing of and care for displaced friends, and the unanticipated shifting of schedules and work due to the unavailability of those directly affected;

11. WHEREAS, the Parties recognize that the Court's prior scheduling order cautioned that further extensions to the schedule would not be granted absent a strong showing of good cause, and respectfully submit that the above-described professional and personal disruptions and unexpected obligations due to the ongoing wildfires disaster qualify as demonstrated good cause (*see, e.g., Corbett v. PharmaCare U.S., Inc.*, No. 3:21-CV-00137-JES-AHG, 2024 WL 4510574, at

*1-2 (S.D. Cal. Oct. 15, 2024) (granting two-week extension of expert deadlines and finding good cause appearing where counsel for plaintiffs was affected by and "coping with the aftermath of natural disasters"));

12. WHEREAS, given the foregoing, the parties have conferred and agree that the existing certification schedule should be modified to provide sufficient time for Defendant to prepare its materials in opposition to Plaintiff's Motion for Class Certification and to accommodate the disruption to counsel due to the ongoing wildfires disaster;

13. WHEREAS, the Parties respectfully request a three-week extension of time on deadlines related to class certification briefing;

14. WHEREAS, the Parties have conferred and propose the following deadlines:

| Event | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Opposition to Class Certification Motion | February 17, 2025 | March 10, 2025 |
| Defendant's Deadline to Produce Class Certification Experts | March 21, 2025 | April 11, 2025 |
| Reply to Class Certification Motion | April 7, 2025 | April 28, 2025 |
| Close of Fact Discovery | 60 days after class certification ruling | 60 days after class certification ruling |

15. WHEREAS, this stipulation is made in good faith and not for the purposes of causing unwarranted delay;

16. WHEREAS, this is the Parties' third request for extension of time.

**IT IS SO STIPULATED**.

DOVEL & LUNER, LLP

Dated: January 21, 2025     By     /s/ Jonas B. Jacobsen
                                   JONAS B. JACOBSEN
                                   SIMON FRANZINI
                                   GRACE BENNETT

                                   *Attorneys for Plaintiffs*
                                   NEA VIZCARRA and VALERIE INEZ

Dated: January 21, 2025

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By  /s/ P. Craig Cardon
P. CRAIG CARDON
BENJAMIN O. AIGBOBOH
ALYSSA SHAUER

*Attorneys for Defendant*
MICHAELS STORES, INC.

### ATTORNEY'S E-FILING ATTESTATION

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiff Nea Vizcarra whose electronic signature appears above has concurred in this filing.

/s/ P. Craig Cardon
P. Craig Cardon

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 21, 2025

HON. P. CASEY PITTS
UNITED STATES DISTRICT JUDGE