Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Vivek Kothari (Cal. Bar No. 262842)
vivek@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

*Attorneys for Plaintiff*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEA VIZCARRA, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>MICHAELS STORES, INC.,<br><br>    *Defendant*. | Case No. 5:23-cv-00468-NW<br><br>**Stipulation and [Proposed] Order to Withdraw Plaintiff's Motion for Class Certification Without Prejudice**<br><br>Hon. Noël Wise |

1  Pursuant to Civil Local Rule 7-12, Plaintiff Nea Vizcarra ("Plaintiff") and Defendant
2  Michaels Stores, Inc. ("Defendant"), by and through their respective counsel, stipulate as follows:
3  WHEREAS, at the recent August 20 hearing on Plaintiff's motion for class certification, the
4  Parties discussed with the Court their upcoming September 3 mediation.
5  WHEREAS, the Court indicated that, if the Parties wished to mediate the case before
6  receiving a ruling on the pending class certification motion, they could stipulate to withdraw the class
7  certification motion, without prejudice to promptly reinstating the class certification filings if the
8  mediation is unsuccessful.
9  NOW, THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval,
10 as follows:
11 1. Plaintiff's motion for class certification is withdrawn, without prejudice to
12 reinstatement upon notice from Plaintiff.
13 2. Upon reinstatement, the Court will reinstate all previously filed briefing related to the
14 class certification motion originally filed at Dkt. 83 and decide the motion based on the existing
15 record for the originally filed motion and the hearing that took place on August 20, 2025. No further
16 briefing will be allowed upon reinstatement, except with prior express leave of court.
17 3. The Parties will provide the Court with an update on the status of mediation by
18 September 17, 2025.

20 IT IS SO STIPULATED.

22 Dated: August 22, 2025                    Respectfully submitted,

    By: /s/ Jonas Jacobson
    Jonas B. Jacobson (Cal. Bar No. 269912)
    jonas@dovel.com
    Simon Franzini (Cal. Bar No. 287631)
    simon@dovel.com
    Vivek Kothari (Cal. Bar No. 262842)
    vivek@dovel.com
    Grace Bennett (Cal. Bar No. 345948)
    grace@dovel.com
    DOVEL & LUNER, LLP

|   |   |
|---|---|
|   | 201 Santa Monica Blvd., Suite 600<br>Santa Monica, California 90401<br>Telephone: (310) 656-7066<br>Facsimile: (310) 656-7069 |
|   | *Attorneys for Plaintiff* |
| Dated: August 22 2025 | Respectfully submitted,<br>By: */s/ P. Craig Cardon* (with permission)<br>P. CRAIG CARDON<br>CHLOE G. CHUNG<br>BENJAMIN O. AIGBOBOH |
|   | *Attorneys for Defendant*<br>Michaels Stores, Inc. |

## **ATTESTATION OF COMPLIANCE**

Pursuant to Local Rule 5-1(i)(3), I attest that all other counsel on whose behalf this filing is jointly submitted have approved of and concurred in this filing.

Dated: August 22, 2025                         */s/ Jonas Jacobson*
                                               Jonas Jacobson

## **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____           _____
                                  HON. NOËL WISE
                                  UNITED STATES DISTRICT COURT JUDGE