Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Vivek Kothari (Cal. Bar No. 262842)
vivek@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEA VIZCARRA, individually and on behalf of all others similarly situated,<br><br>　　　*Plaintiff*,<br><br>v.<br><br>MICHAELS STORES, INC.,<br><br>　　　*Defendant*. | Case No. 5:23-cv-00468-NW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO FORMER PLAINTIFF VALERIE INEZ**<br><br>Hon. Noël Wise |

1    Valerie Inez, a former named Plaintiff in this action, previously voluntarily dismissed her
2 claims without prejudice. Dkt. 75. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned
3 Parties now hereby stipulate and agree to dismiss all of former Plaintiff Valerie Inez's claims against
4 Michaels, with prejudice. The parties shall bear their own costs and fees. For the avoidance of doubt,
5 this stipulation applies only to Ms. Inez's claims, and shall not dismiss the claims of Plaintiff Nea
6 Vizcarra.
7    IT IS SO STIPULATED.

9 Dated: October 31, 2025                                  Respectfully submitted,

10                                                        By: /s/ Jonas Jacobson
11                                                        Jonas B. Jacobson (Cal. Bar No. 269912)
                                                          jonas@dovel.com
12                                                        Simon Franzini (Cal. Bar No. 287631)
                                                          simon@dovel.com
13                                                        Vivek Kothari (Cal. Bar No. 262842)
                                                          vivek@dovel.com
14                                                        Grace Bennett (Cal. Bar No. 345948)
                                                          grace@dovel.com
15                                                        DOVEL & LUNER, LLP
16                                                        201 Santa Monica Blvd., Suite 600
                                                          Santa Monica, California 90401
17                                                        Telephone: (310) 656-7066
18                                                        Facsimile: +1 (310) 656-7069

19                                                        *Attorneys for Ms. Inez*

20 Dated: October 31, 2025                                 Respectfully submitted,
21                                                        By: /s/ P. Craig Cardon (with permission)
                                                          P. CRAIG CARDON
22                                                        CHLOE G. CHUNG
23                                                        BENJAMIN O. AIGBOBOH

24                                                        *Attorneys for Defendant*
                                                          Michaels Stores, Inc.

## ATTESTATION OF COMPLIANCE

Pursuant to Local Rule 5-1(i)(3), I attest that all other counsel on whose behalf this filing is jointly submitted have approved of and concurred in this filing.

Dated: October 31, 2025                                  */s/ Jonas Jacobson*
                                                                        Jonas Jacobson